# Court of Appeals
# of the State of Georgia

ATLANTA, __May 17, 2021_____

*The Court of Appeals hereby passes the following order:*

**A21E0045. TOORAK CAPITAL PARTNERS, LLC v. JDZ INVESTMENTS, LLC.**

Upon consideration, applicant's emergency motion for an extension of time in which to file a discretionary application is GRANTED. Applicant shall have until June 25, 2021, to file the application.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, __05/17/2021_____
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

__Stephen E. Castlen_____ , *Clerk.*